UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
SAN ANGELO DIVISION

| | |
|---|---|
| JUAN ANTONIO PEREZ,<br><br>      Petitioner,<br><br>v.<br><br>WARDEN, EDEN DETENTION<br>CENTER, et al.,<br><br>      Respondents. | No. 6:26-CV-009-H |

## FINAL JUDGMENT

For the reasons stated in the Court's Order, Dkt. No. 4, it is hereby ordered, adjudged, and decreed that:

The petition for a writ of habeas corpus (Dkt. No. 1) is denied.

The Clerk of Court is directed to close the case.

So ordered on January 26, 2026.

_____
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE